STATE OF NEW JERSEY v. ROBERT J. McALESHER.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX MILANO.

May 5, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 361)

STATE OF NEW JERSEY v. HOLLIS WRIGHT.

May 5, 1980.

Petition for certification denied.